UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CHIP ROY SHEPPERD | ) CASE NO. 17-00129-JMC |
| LORRIE ANN SHEPPERD | ) |
| | ) |
| DEBTOR(S) | ) |

### OBJECTION TO TRUSTEE'S MOTION TO DISMISS

Come(s) now the Debtor(s), Chip Roy Shepperd and Lorrie Ann Shepperd, by counsel, and object(s) to the Trustee's Motion to Dismiss, and in support whereof show(s) the Court as follows:

1. Due to circumstances beyond the control of the Debtor(s), payments to the Trustee are currently in arrears; however, the Debtor(s) intend(s) to become current on payments to the Trustee on or before the hearing date.

WHEREFORE, the Debtor, by counsel, respectfully requests a hearing to present evidence and testimony in support of the assertion that the Trustee's Motion should be overruled.

By: /s/ Andrew Sawin
Sawin & Shea LLC
Attorneys for Debtor(s)
6100 N KEYSTONE AVE STE 620
INDIANAPOLIS IN  46220-2430
ecf@sawinlaw.com

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the following parties through the Court's Electronic Case Filing System or by first-class U.S. Mail, postage prepaid:

U.S. Trustee

Ch 7/13 Trustee

July 26, 2018                              /s/ Andrew Sawin